Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiff STEVEN RUSSELL, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN RUSSELL, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>        Defendants. | Case No. 5:15-cv-01143-RSK-SP<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>Courtroom: 850<br>Date:      April 11, 2016<br>Time:      9:00 a.m.<br>Judge:     Hon. R. Gary Klausner |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on **April 11, 2016,** at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, Plaintiffs Steven Russell and Donna Caffey (collectively "Plaintiffs") will, and hereby do, respectfully move this Honorable Court for an order: (1) granting preliminary approval of the settlement agreement Plaintiffs have executed with Defendant Kohl's Department Stores, Inc. ("Kohl's") for $6,150,000 (cash and gift cards) pursuant to Fed. R. Civ. Proc. 23(e); and, (2) certifying a class for settlement purposes pursuant to Fed. R. Civ. Proc. 23(b)(3).

This Motion is unopposed by Defendant and is based upon this Notice of Motion; Plaintiff's Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class; the Declaration of Plaintiff Steven Russell in support thereof; the Declaration of Christopher J. Morosoff in support thereof; the Declaration of Douglas Caiafa in support thereof; the Declaration of Carla Peak in support thereof; all filed and served concurrently herewith; as well as the pleadings and papers on file in this action, argument of counsel, any other material which may be submitted to the Court, and any other evidence or argument the Court may consider.

Dated:  March 14, 2016        Respectfully submitted,
                              LAW OFFICE OF CHRISTOPHER J. MOROSOFF


                              By: /s/ *Christopher J. Morosoff*
                                  Christopher J. Morosoff
                                  Attorneys for Plaintiffs
                                  STEVEN RUSSELL and DONNA CAFFEY

-1-
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS