Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiff STEVEN RUSSELL, et al.

Arnold & Porter LLP
James F. Speyer (SBN 133114)
james.speyer@aporter.com
E. Alex Beroukhim (SBN 220722)
e.alex.beroukhim@aporter.com
Ryan Light (SBN 293858)
ryan.light@aporter.com
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Fax:  213.243.4199

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUSSELL, et al.<br><br>        Plaintiff,<br><br>  vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>        Defendants. | Case No. 5:15-cv-01143-RSK-SP<br><br>**ORDER ON JOINT STIPULATION RE (1) SETTING HEARING DATE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT; AND (2) CLARIFICATION OF SETTLEMENT THROUGH AMENDMENT**<br><br>Courtroom: 850<br>Judge:     Hon. R. Gary Klausner<br>Action    Filed: June 11, 2015 |

[PROPOSED] ORDER ON STIPULATION RE (1) SETTING HEARING DATE FOR FINAL APPROVAL; AND (2) CLARIFICATION OF SETTLEMENT THROUGH AMENDMENT

Having read and considered the parties joint stipulation re (1) setting of hearing date for final approval of the settlement of this action and (2) clarification of settlement through amendment, it is hereby ORDERED AS FOLLOWS:

1. On March 14, 2016, Plaintiffs submitted a Motion for Preliminary Approval of Class Action Settlement and Conditional Certification (the "Motion"), seeking to certify for settlement purposes a class of "all persons who, while in the State of California, and between June 11, 2011, and the present (the 'Class Period'), purchased from Kohl's one or more items at a discount of at least 30% off of the stated 'original' or 'regular' price, and who have not received a refund or credit for their purchase(s)."

2. On April 11, 2016, this Court granted Plaintiffs' Motion.

3. The hearing to consider final approval of the class settlement in this action is set for **August 8, 2016, at 9:00 am**.

4. In addition, the Court preliminarily approves the proposed Amended Class Action Settlement Agreement, which modifies the Class Action Settlement Agreement to clarify that the Gift Card Credits to be provided to eligible class members "are not redeemable for cash, except where required by law." Amended Class Action Settlement Agreement at 1.13 (emphasis added).

Dated: April 22, 2016

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER ON STIPULATION RE (1) SETTING HEARING DATE FOR FINAL APPROVAL; AND (2) CLARIFICATION OF SETTLEMENT THROUGH AMENDMENT