Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiff STEVEN RUSSELL, et al.

Arnold & Porter LLP
James F. Speyer (SBN 133114)
james.speyer@aporter.com
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000; Fax:  213.243.4199

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN RUSSELL, et al.<br><br>              Plaintiff,<br><br>     vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>              Defendants. | Case No. 5:15-cv-01143-RSK-SP<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST TO MODIFY ORDER DATED APRIL 22, 2016 RE SETTING HEARING DATE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Courtroom: 850<br>Judge:       Hon. R. Gary Klausner<br>Action     Filed: June 11, 2015 |

1      Having read and considered the parties joint stipulation and request to modify
Court's Order dated April 22, 2016 re setting of hearing date for final approval of the
settlement of this action, it is hereby ORDERED AS FOLLOWS:

1. Plaintiffs shall file their Motion for Final Approval of Class Action Settlement no later than August 15, 2016;
2. The hearing to consider final approval of the class settlement in this action is set for September 12, 2016 at 9:00 am.


Dated:  April 29, 2016

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT COURT