FILED
CLERK, U.S. DISTRICT COURT

JUN 29 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUSSELL,<br><br>    Plaintiff(s),<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>    Defendant(s). | CV ED 15-01143-RGK (SPx)<br><br>OBJECTION TO CLASS SETTLEMENT |

Objection to the Settlement

Russel Monroe
2505 E. Locust Ave.
Orange, CA 92867
Claim # KHR 12358914-2

In the case of Russell vs. Kohl's Department Stores, Inc., I object this settlement as defined in the correspondence I received on June 20, 2016 for the following reasons.
The stated settlement of $6,150,000.00 is an absurdity and this is why;
Here is the breakdown of the settlement as stated in "Basic Information" answer #7 to the question; What does the Settlement provide? Let's do the math,

```
     $6,150,000.00  settlement fund
     -1,000,000.00  administration fees
      5,150,000.00
     -1,537,500.00  attorney's fees (Court approved)
      3,612,500.00
    -    15,000.00  Class Representative payments
     $3,597,500.00  remaining to be issued* to Kohl's Credit Card
                    Holders (35million) or $.097 each.
```

* issued in the form of a "Gift Card".

Conclusion: This "Settlement" is the result of a "Class Action" suite charging that a company in year 2015 had sales of $19 BILLION through 1162 stores in the United States of America did so through false price advertising practices. Business practices that has been the mode of operation since it's founding and as a result was found guilty in the Court of Law of false pricing of it's products. Because of this "falsification" the Court found that the consumer is entitled to $.097 (less than ten cents) compensation and that compensation is in the form of a "GIFT CARD". Maybe everyone else involved (Administrators, Attorney's and Class Representatives, etc.) should be willing to accept their compensation in the form of a "GIFT CARD".

As a result of the cost of the stamp to mail this letter I am operating at a negative if I ever receive my "GIFT CARD". What a slap on the wrist this Settlement is. I would venture to guess that Kohl's spends more money each day on toilet paper than what this Class Action Settlement has cost them and the consumer will achieve more benefit from visiting the Kohl's store and using their restroom facilities. Maybe the "toilet paper" could be printed in the form of a "GIFT CARD".

Please note, I do not intend to appear at the "Fairness Hearing" as it would just increase my cost in this matter.

*Russel Monroe* (signature)

Russel Monroe

SANTA ANA CA 926
23 JUN 2016 PM 5 L

Russell D. Monroe
2505 E. Locust Ave.
Orange, CA 92867

United States District Court for the Central
District of California
Clerk of the Court
255 East Temple Street
Los Angeles, CA 90012

90012-333432