FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUSSELL,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>　　　　Defendant(s). | CV ED 15-01143-RGK (SPx)<br><br>OBJECTION TO CLASS SETTLEMENT |

# Barbara S. Cochran
1520 Dover St.
Oxnard, CA 90303
Tel: 805-919-9009

August 5, 2016

United States District Court for the Central District of California
Clerk of the Court
255 East Temple Street
Los Angeles, CA 90012

Re:   Steven Russell and Donna Caffy v Kohl's Department Stores, Inc.
      Case No. 5:15-cv-01143-RGK-SP.
      <u>Objections to Proposed Class Settlement & Attorney's Fees</u>

Dear Sir or Madam:
Pursuant to my right, I hereby serve notice of the following objections to the settlement's terms and request for attorney's fees:

1. Class counsel appears to have piggybacked off prior litigation alleging the same claims.
2. Because Plaintiffs settled without conducting significant discovery, the settlement amount represents only a small portion of actual damages incurred.
3. Once you deduct administrative expenses, attorney's fees and incentive awards, the net settlement pool will yield miniscule individual awards.
4. Since Kohl's obviously has records of the affected purchase transactions, class members should not be forced to rely on outdated records to substantiate their claims.
5. Class counsel's requested fee cannot be justified by the actual, reasonable time expended or the results obtained for class members.

I also join in any other objections filed by other class members against this settlement. I do plan on attending the fairness hearing scheduled for September 12, 2016.

Sincerely,


Barbara Cochran
Class Member/Objector



Barb Cochran
1520 Dover St.
Oxnard, CA 93030-3514



U.S. POSTAGE PAID
PORT HUENEME, CA
93041
AUG 05 16
AMOUNT
$0.00
R2303S10134S-10



U.S. District Court for the Central District
of California
Clerk of the Court
255 East Temple St,
Los Angeles, CA 90012

