1  Douglas Caiafa, Esq. (SBN 107747)
2  DOUGLAS CAIAFA, A Professional Law Corporation
   11845 West Olympic Boulevard, Suite 1245
3  Los Angeles, California 90064
   (310) 444-5240 - phone; (310) 312-8260 - fax
   Email: dcaiafa@caiafalaw.com

4  Christopher J. Morosoff, Esq. (SBN 200465)
5  LAW OFFICE OF CHRISTOPHER J. MOROSOFF
   77-760 Country Club Drive, Suite G
6  Palm Desert, California 92211
   (760) 469-5986 - phone; (760) 345-1581 - fax
7  Email: cjmorosoff@morosofflaw.com

8  Attorneys for Plaintiff STEVEN RUSSELL, et al.

9
              UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11
              EASTERN DIVISION
12

13

14  STEVEN RUSSELL, et al.            Case No. 5:15-cv-01143-RSK-SP

15           Plaintiff,                **CLASS ACTION**

16      vs.                            **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
17  KOHL'S DEPARTMENT STORES, INC., et al.,

18           Defendants.

19                                     Courtroom: 850
20                                     Date:      September 12, 2016
                                       Time:      9:00 a.m.
21                                     Judge:     Hon. R. Gary Klausner

22

23

24

25

26

27

28

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on **September 12, 2016,** at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, CA 90012, Plaintiffs Steven Russell and Donna Caffey (collectively "Plaintiffs") and the certified Class will, and hereby do, respectfully move this Honorable Court for an order granting final approval of the class action settlement preliminarily approved on April 11, 2016.

This Motion is unopposed by Defendant and is made pursuant to Fed. R. Civ. Proc. 23(e). This Motion will be based upon this Notice of Motion; Plaintiff's Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; the Declaration of Christopher J. Morosoff in support thereof; the Declaration of Douglas Caiafa in support thereof; the Declaration of Carla Peak in support thereof; all filed and served concurrently herewith; as well as the pleadings and papers on file in this action, argument of counsel, any other material which may be submitted to the Court, and any other evidence or argument the Court may consider.

Dated: August 15, 2016            Respectfully submitted,
                                  LAW OFFICE OF CHRISTOPHER J. MOROSOFF


                                  By: /s/ *Christopher J. Morosoff*
                                      Christopher J. Morosoff
                                      Attorneys for Plaintiffs
                                      STEVEN RUSSELL and DONNA CAFFEY

-1-
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT