Douglas Caiafa, Esq. (SBN 107747)
DOUGLAS CAIAFA, A Professional Law Corporation
11845 West Olympic Boulevard, Suite 1245
Los Angeles, California 90064
(310) 444-5240 - phone; (310) 312-8260 - fax
Email: dcaiafa@caiafalaw.com

Christopher J. Morosoff, Esq. (SBN 200465)
LAW OFFICE OF CHRISTOPHER J. MOROSOFF
77-760 Country Club Drive, Suite G
Palm Desert, California 92211
(760) 469-5986 - phone; (760) 345-1581 - fax
Email: cjmorosoff@morosofflaw.com

Attorneys for Plaintiff STEVEN RUSSELL, et al.

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| STEVEN RUSSELL, et al.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-01143-RSK-SP<br><br>**CLASS ACTION**<br><br>ORDER GRANTING AWARD OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVES' ENHANCEMENT PAYMENTS [~~PROPOSED~~]<br><br>Courtroom: 850<br>Date:　　　September 12, 2016<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. R. Gary Klausner |

This matter came on for hearing on September 12, 2016, at 9:00 a.m. in Courtroom 850 of the above-entitled court regarding Plaintiffs' Motion for award of Attorneys' Fees and Costs, and Class Representative Enhancement. After duly considering all papers filed and proceeding had herein, and otherwise being fully informed, and good cause appearing therefore, *including the further briefings by Class Counsel and Objector,*

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED THAT:**

The Motion for Attorneys' Fees and Costs, and Class Representatives' Enhancement is GRANTED.

The Court finds that good cause exists for the granting of the Motion in that the settlement is fair, reasonable, and adequate.

Plaintiffs' counsel are awarded attorney fees in the total sum of $1,462,500.00, plus reimbursement of costs in the total sum of ~~$75,000.00~~ $62,425 (of which is to be applied towards additional administrative costs, and paid to KCC).

In addition to the sums paid to the class members, the Court also approves the payment of an additional litigation enhancement of $~~7,500.00~~ $5,000.00 to Plaintiff STEVEN RUSSELL, and $~~7,500.00~~ $5,000.00 to Plaintiff DONNA CAFFEY.

This Court shall maintain continuing jurisdiction over these settlement proceedings to assure the effectuation thereof for the benefit of the Settlement Class.

IT IS SO ORDERED.

Dated: ~~September~~ OCT 04 2016

HON. R. GARY KLAUSNER
Judge of the United States District Court

-1-
ORDER GRANTING AWARD OF ATTORNEYS' FEES